UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00353

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| MARIO WHITTED | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at Docket Entry No. 86 be sealed until further order of the court.

SO ORDERED.

This the _21_ day of _July_ 2022.

_____
The Honorable James C. Dever III
United States District Judge